UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY ESPOSITO | No. 3:19cr172(MPS) |

**ORDER REDUCING TERM OF SUPERVISED RELEASE**

In accordance with 18 U.S.C. § 3583(e)(1), the Court hereby ORDERS that Mr. Esposito's term of supervised release shall be reduced by 12 months in light of his successful completion of Reentry Court on March 19, 2025, and the interest of justice. Given this reduction, Mr. Esposito's term of supervised release shall now conclude on March 13, 2027.

SO ORDERED.

_____/s/_____
Michel P. Shea
United States District Judge

Dated:   Hartford, Connecticut
         March 20, 2025